UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PNC BANK, NATIONAL ASSOCIATION,**

Plaintiff,

v.

**NAVJOT AHLUWALIA,**

Defendant.

Case No. 15-cv-00755-YGR

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING CASE TO STATE COURT**

Re: Dkt. No. 3

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Regarding Defendant's Notice of Removal. (Dkt. No. 3.) No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. This action is hereby **REMANDED** to the Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: March 12, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**